| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Stinnett, Matthew A. | 2. Court or Organization U.S. District Court, Eastern District of Kentucky | 3. Date of Report 07/03/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Lexington Courthouse
101 Barr Street
Lexington, KY 40507

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member, Treasurer (resigned 10/25/18) | Lexington Philharmonic |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 07/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Dickinson Wright PLLC | $161,667.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Chrysalis House - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 07/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank (Cash) | | None | K | T | | | | | |
| 2. NW Mutual Life Ins Policy (whole) | | None | J | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Berkshire Hathaway Inc (BRKB) | | None | J | T | | | | | |
| 5. RETIREMENT ACCT #1 (H) | | | | | | | | | |
| 6. Lincoln Mgd Prin Protect Portfolio | | None | J | T | | | | | |
| 7. Stadion Mgd Max Growth SATT | | None | K | T | | | | | |
| 8. IRA #2 (H) | | | | | | | | | |
| 9. ISHARES TR CORE S&P500 ETF (IVV) | A | Dividend | L | T | Buy (add'l) | 11/05/18 | J | | |
| 10. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 11. OAKMARK SELECT I (OAKLX) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 12. AMG MANAGERS FAIRPOINTE MID CAP FUND CLASS I (ABMIX) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 13. ISHARES TR CORE S&P MCP ETF (IJH) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 14. BROWN CAPITAL MANAGEMENT SMALL COMPANY FUND INST CL (BCSSX) | | None | J | T | | | | | |
| 15. FMI FDS INC INTL FD INSTL (FMIYX) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 16. GOLDMAN SACHS INTERNATIONAL SMALL CAP INSIGHTS FUND CLASS I (GICIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. SCHWAB STRATEGIC TR INTL EQTY ETF (SCHF) | A | Dividend | K | T | Sold (part) | 12/13/18 | J | | |
| 18. NEW WORLD FUND-F2 (NFFFX) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 19. VANGUARD INTL EQUITY INDEX F FTSE EMR MKT ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 20. COHEN & STEERS REALTY INCOME FUND INSTITUTIONAL CL (CSDIX) | A | Dividend | J | T | | | | | |
| 21. DEUTSCHE ENHANCED COMDTY STRAT INST (SKIRX) | A | Dividend | J | T | | | | | |
| 22. PIMCO COMMODITIES PLUS STRATEGY FUND CLASS P (PCLPX) | A | Dividend | J | T | | | | | |
| 23. INCOME FUND CLASS P (PONPX) | A | Dividend | J | T | Sold (part) | 12/13/18 | J | | |
| 24. VANGUARD BD INDEX FD INC TOTAL BND MRKT (BND) | A | Dividend | J | T | Sold (part) | 12/13/18 | J | | |
| 25. IRA #3 (H) | | | | | | | | | |
| 26. SPDR S&P 500 ETF TR TR UNIT (SPY) | A | Dividend | L | T | Buy (add'l) | 12/13/18 | J | | |
| 27. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 28. ISHARES TR CORE S&P MCP ETF (IJH) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 29. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 30. ISHARES TR CORE S&P SCP ETF (IJR) | A | Dividend | J | T | | | | | |
| 31. VANGUARD FTSE DEVELOPED MARKET ETF (VEA) | A | Dividend | K | T | Buy (add'l) | 12/13/18 | J | | |
| 32. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 33. VANGUARD INTL EQUITY INDEX F FTSE EMR MKT ETF (VWO) | A | Dividend | K | T | Buy (add'l) | 12/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 35.  VANGUARD INDEX FDS REAL ESTATE ETF (VNQ) | A | Dividend | J | T | | | | | |
| 36.  VAN ECK FDS VAN ECK INDX Y (CMCYX) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 37.  ISHARES TR IBOXX USD INVT GRADE CORP BD ETF (LQD) | A | Dividend | J | T | Sold (part) | 12/13/18 | J | | |
| 38.  VANGUARD BD INDEX FD INC TOTAL BND MARKET (BND) | A | Dividend | J | T | Sold (part) | 12/13/18 | J | | |
| 39. | | | | | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 6 and 7: These items have no underlying investments.

Part VII, lines 8 and 33 of the initial report were not reportable during 2018.

Part VII, lines 7, 34, and 35 of the initial report had reportable value at the end of the 2018 reporting period.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 07/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew A. Stinnett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544